JOE FARRAR et al. v. STATE.

No. A-2972. Opinion Filed November 16, 1918.

(177 Pac. 990.)

Appeal from County Court, Canadian County;

R. B. Forrest, Judge.

Joe Farrar and Hugh McClure were convicted of violating the prohibitory law, and appeal. Affirmed.

A. F. Decker for plaintiffs in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error. Joe Farrar and Hugh McClure, were convicted at the January, 1917, term of the county court of Canadian county on a charge of conveying intoxicating liquor from one place in said county to another place therein, and their punishment fixed at a fine of $500 each and imprisonment in the county jail for a period of six months each. Upon careful examination of the record we find no fundamental error prejudicial to the substantial rights of the plaintiffs in error. The judgment of the trial court is therefore affirmed.

---

OSCAR LEMING v. STATE.

No. A-3059. Opinion Filed November 20, 1918.

(175 Pac. 200.)

Appeal from County Court, Stephens County;

J. W. Marshall, Judge.

Oscar Leming, convicted of a violation of the prohibitory law, appeals. Affirmed.

J. B. Wilkinson, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error. Oscar Leming, was convicted in the county court of Stephens county on a charge that he did convey whisky from his residence, about one block west of the Chicago, Rock Island & Pacific Railway, in the town of Comanche, to Oak street, in said town. The jury failed to agree upon the punishment. On March 9, 1917, the court rendered judgment, and sentenced the defendant to be confined in the county jail for 30 days and to pay a fine of $50 and the costs. From the judgment an appeal was perfected.

No brief has been filed. When the case was called for final submission, no appearance was made in behalf of the plaintiff in error. Thereupon the case was submitted on the record. After an examination of the same, our conclusion is the appeal is without merit.

The judgment appealed from is therefore affirmed. Mandate forthwith.